

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00442-CV

IN THE INTEREST OF K.A., M.A., AND P.G., CHILDREN

§ On Appeal from the 360th District Court

§ of Tarrant County (360-699440-21)

§ March 9, 2023

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
    Justice Dabney Bassel